IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFRY JOSUE DEL CID DEL CID and MARLON LETONA MARROQUIN MARROQUIN,<br><br>Petitioners,<br>v.<br><br>PAMELA BONDI, *Attorney General of the United States, In Her Official Capacity*,<br><br>Respondents. | Case No. 3:25-cv-00304<br>Judge Stephanie L. Haines |

## ORDER OF COURT

AND NOW, this 23rd day of October, 2025, upon due consideration of Petitioner Jefry Josue Del Cid Del Cid ("Mr. Del Cid") and Marlon Letona Marroquin Marroquin's ("Mr. Marroquin") (collectively, "Petitioners"), "Motion for Preliminary Injunction[,]" (ECF No. 16), and for the reasons set forth in the foregoing Opinion, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART.

Specifically, IT IS HEREBY ORDERED that Respondents, their officers, agents, servants, employees, attorneys, and any persons who are in active concert or participation with them, are hereby: Enjoined, pending further order of this court, from detaining Mr. Marroquin pursuant to 8 U.S.C. § 1225 ("§ 1225") rather than 8 U.S.C. § 1226(a) ("§ 1226(a)"). Respondents may detain Mr. Marroquin pursuant to § 1226(a).

IT IS FURTHER ORDERED that Respondents shall therefore provide Mr. Marroquin with a bond hearing under § 1226(a) and all related legal provisions within seven (7) days of the entry of this Order. It is the Court's intention that this bond hearing look exactly as any bond hearing would look for any other individual detained under § 1226(a).

IT IS FURTHER ORDERED that, on or before Friday, October 31, 2025, Respondents shall submit to the Court an update confirming that Mr. Marroquin was given a bond hearing and overviewing the results of that hearing.

IT IS FURTHER ORDERED that, on or before Friday, November 7, 2025, both parties shall file updates on the docket outlining how they believe that this case should progress.

IT IS FURTHER ORDERED that Respondents, their officers, agents, servants, employees, attorneys, and any persons who are in active concert or participation with them, are hereby: Enjoined, pending further order of this court, from detaining Mr. Del Cid pursuant to § 1225, should they elect to detain him in the future, and should he still possess SIJ Status and have no criminal record at the time he is re-detained.

IT IS FURTHER ORDERED that, if Respondents re-detain Mr. Del Cid in the future, and if he still has SIJ Status and no criminal record at that time, Respondents shall provide him with a bond hearing under § 1226(a) and all related legal provisions within seven (7) days of re-detaining him.

IT IS FURTHER ORDERED that the nominal security of $1.00 that Petitioners previously posted in this matter remains appropriate for the entry of this Order.

IT IS FURTHER ORDERED that Petitioners' Motion at ECF No. 16 is DENIED in all other respects. The Clerk shall terminate the filings at ECF Nos. 3, 4, and 10.

STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE