IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| JEFRY JOSUE DEL CID DEL CID and<br>MARLON LETONA MARROQUIN<br>MARROQUIN,<br><br>      Petitioners,<br><br>vs.<br><br>PAMELA BONDI, *in her official capacity as<br>Attorney General of the United States, et al.*,<br><br>      Respondents. | Case No. 3:25-cv-304<br>Judge Stephanie L. Haines |

## ORDER OF COURT

AND NOW, this 10th day of November, 2025, upon due consideration of the parties' "Joint Status Report[,]" (ECF No. 21), in which they "request additional time from the Court to provide a status update[,]" (*id.* at 1), IT IS HEREBY ORDERED that, on or before **Friday, December 5, 2025**, both parties shall file updates on the docket regarding how they believe this case should progress.

                                            */s/ Stephanie L. Haines*
                                            STEPHANIE L. HAINES
                                            U.S. DISTRICT COURT JUDGE