IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEFRY JOSUE DEL CID DEL CID, *et al.*,  )
)
        Petitioners,  )
)
vs.  )
)  Case No. 3:25-cv-304
)  Judge Stephanie L. Haines
PAMELA BONDI, *in her official capacity as Attorney General of the United States, et al.*,  )
)
)
        Respondents.  )

## ORDER

AND NOW, this 15th day of December 2025, upon due consideration of: (1) the Petition for Writ of Habeas Corpus at ECF No. 1; (2) the pending Motion for a Preliminary Injunction at ECF No. 28; and, (3) the parties' Joint Status Report at ECF No. 30, the Court finds that the principles enunciated in this Court's October 23, 2025, Opinion relative to Petitioner Jefry Josue Del Cid Del Cid ("Mr. Del Cid") and Petitioner Marlon Letona Marroquin Marroquin ("Mr. Marroquin") apply equally to Petitioner Esdras Eliseo Lux Mejia ("Mr. Lux") and Petitioner Edin Alejandro Suazo Suazo ("Mr. Suazo"). As such, IT IS HEREBY ORDERED that the Motion for a Preliminary Injunction filed by Mr. Lux and Mr. Suazo at ECF No. 28 is GRANTED IN PART.

Specifically, IT IS HEREBY ORDERED that Respondents, their officers, agents, servants, employees, attorneys, and any persons who are in active concert or participation with them, are enjoined from detaining Mr. Lux or Mr. Suazo pursuant to 8 U.S.C. § 1225 ("§ 1225") rather than 8 U.S.C. § 1226(a) ("§ 1226(a)") so long as Petitioners maintain their SIJ Status and have no criminal record.

IT IS FURTHER ORDERED that Respondents shall therefore provide both Mr. Lux and Mr. Suazo with a constitutionally adequate, individualized bond hearing under § 1226(a) and all

1

related legal provisions within seven (7) days of the entry of this Order. On or before December 22, 2025, Respondents shall submit to the Court an update confirming that Mr. Lux and Mr. Suazo were given a bond hearing and overviewing the results of that hearing.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus, ECF No. 1, filed by Petitioners Mr. Del Cid and Mr. Marroquin is GRANTED IN PART in so much as Petitioners request that this Court order Respondents to provide them with a bond hearing pursuant to 8 U.S.C. § 1226(a), and— as implicit in that request—find that Respondents may only detain them pursuant to 8 U.S.C. § 1226(a) rather than 8 U.S.C. § 1225(b)(2)(A) so long as Petitioners maintain their SIJ Status and have no criminal record.

IT IS FURTHER ORDERED that the Clerk shall mark this case as closed.

BY THE COURT:

STEPHANIE L. HAINES
U.S. DISTRICT COURT JUDGE