IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFRY JOSUE DEL CID DEL CID, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 3:25-cv-304 |
| PAMELA BONDI, *in her official capacity as Attorney General of the United States, et al.*, | ) Judge Stephanie L. Haines |
| | ) |
| Respondents. | ) |

## JUDGMENT

AND NOW, this 15th day of December 2025, it is hereby ORDERED, ADJUDGED AND DECREED that final judgment is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure in favor of Petitioners against Respondents.

BY THE COURT:

_____
Stephanie L. Haines
United States District Judge

Cc:    All counsel of record (*via* CM/ECF)